IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HILTI AKTIENGESELLSCHAFT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 22-1248-UNA |
| v. ) | |
| ) | |
| SPECIFIED TECHNOLOGIES INC., ) | |
| ) | |
| Defendant. ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to District of Delaware Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of W. Cook Alciati, Esquire and Michael A. Dorfman, Esquire, of Gardella Grace P.A., to represent Plaintiff Hilti Aktiengesellschaft in the above-captioned action.

Dated: September 26, 2022

*Of Counsel:*

GARDELLA GRACE P.A.

W. Cook Alciati
80 M Street SE, 1st Floor
Washington, D.C. 20003
(703) 721-8379
calciati@gardellagrace.com

Michael A. Dorfman
2502 North Clark Street, Suite 222
Chicago, IL 60614
(773) 755-4942
mdorfman@gardellagrace.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Pilar G. Kraman*
Pilar G. Kraman (No. 5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com

*Attorneys for Hilti Aktiengesellschaft*

2

**<u>ORDER GRANTING MOTION</u>**

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of W. Cook Alciati, Esquire and Michael A. Dorfman, Esquire is GRANTED.

Dated: _____

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to District of Delaware Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing, and in good standing as a member of the Bar of New York, and pursuant to District of Delaware Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated:  September 26, 2022

                                            */s/ W. Cook Alciati*
                                       W. Cook Alciati
                                       GARDELLA GRACE P.A.
                                       80 M Street SE, 1st Floor
                                       Washington D.C. 20003
                                       (703) 721-8379
                                       calciati@gardellagrace.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to District of Delaware Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing, and in good standing as a member of the Bar of Illinois, and pursuant to District of Delaware Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: 9/23/2022

Michael A. Dorfman
GARDELLA GRACE P.A.
2502 North Clark Street, Suite 222
Chicago, IL 60614
(773) 755-4942
mdorfman@gardellagrace.com