IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HILTI AKTIENGESELLSCHAFT, | ) | |
| | ) | |
| Plaintiff, Counterclaim Defendant, | ) ) ) | |
| | ) | |
| v. | ) ) | C.A. No. 22-1248-CFC |
| | ) | |
| SPECIFIED TECHNOLOGIES INC., | ) ) | |
| Defendant, Counterclaim Plaintiff. | ) ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 17, 2023, a copy of the following was served on the counsel listed below in the manner indicated:

1) Hilti's Disclosure of Asserted Claims and Infringement Contentions

## BY EMAIL

Austen C. Endersby
FOX ROTHSCHILD LLP
919 N. Market Street, Suite 300
Wilmington, DE 19801
- and -
2020 K Street, Suite 500
Washington, DC 20006
aendersby@foxrothschild.com

*Attorneys for Defendant
Specified Technologies Inc*

Jeff E. Schwartz
FOX ROTHSCHILD LLP
2020 K Street, N.W., Suite 500
Washington, D.C. 20006
JESchwartz@FoxRothschild.com

Howard S. Suh
FOX ROTHSCHILD LLP
101 Park Avenue, 17th Floor
New York, New York 10178
HSuh@foxrothschild.com

Paul W. Kalish
FOX ROTHSCHILD LLP
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, New Jersey 08648-2311
PKalish@FoxRothschild.com

PLEASE TAKE FURTHER NOTICE that on March 20, 2023, a copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and will be served by email on the counsel listed above.

Dated: March 20, 2023

*Of Counsel:*

GARDELLA GRACE P.A.

W. Cook Alciati
80 M Street SE, 1st Floor
Washington, D.C. 20003
(703) 721-8379
calciati@gardellagrace.com

Michael A. Dorfman
2502 North Clark Street, Suite 222
Chicago, IL 60614
(773) 755-4942
mdorfman@gardellagrace.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Pilar G. Kraman*
Pilar G. Kraman (No. 5199)
Alexis N. Stombaugh (No. 6702)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
astombaugh@ycst.com

*Attorneys for Hilti Aktiengesellschaft*