# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HILTI AKTIENGESELLSCHAFT, )<br>  )<br>        Plaintiff, Counterclaim )<br>        Defendant, )<br>  )<br>  v. )<br>  )<br> SPECIFIED TECHNOLOGIES INC., )<br>  )<br>        Defendant, Counterclaim )<br>        Plaintiff. ) | C.A. No. 22-1248-CJB |

## HILTI AKTIENGESELLSCHAFT'S MOTION FOR CLAIM CONSTRUCTION

Pursuant to the Court's Oral Order (D.I. 156), Plaintiff/Counterclaim Defendant Hilti Aktiengesellschaft ("Hilti") respectfully requests that the Court adopt the claim construction positions of Hilti set forth in the Joint Claim Construction Brief (D.I. 165).

Dated: March 15, 2024

*Of Counsel:*

GARDELLA GRACE P.A.

W. Cook Alciati
80 M Street SE, 1st Floor
Washington, D.C. 20003
(703) 721-8379
calciati@gardellagrace.com

Michael A. Dorfman
2502 North Clark Street, Suite 222
Chicago, IL 60614
(773) 755-4942
mdorfman@gardellagrace.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Alexis N. Stombaugh*
Pilar G. Kraman (No. 5199)
Alexis N. Stombaugh (No. 6702)
Colin A. Keith (No. 7074)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
astombaugh@ycst.com
ckeith@ycst.com

*Attorneys for Hilti Aktiengesellschaft*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 15, 2024, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

### BY EMAIL

| | |
|---|---|
| Austen C. Endersby<br>FOX ROTHSCHILD LLP<br>919 N. Market Street, Suite 300<br>Wilmington, DE 19801<br>- and -<br>2020 K Street, Suite 500<br>Washington, DC 20006<br>aendersby@foxrothschild.com<br><br>*Attorneys for Defendant*<br>*Specified Technologies Inc.* | Jeff E. Schwartz<br>FOX ROTHSCHILD LLP<br>2020 K Street, N.W., Suite 500<br>Washington, D.C. 20006<br>JESchwartz@FoxRothschild.com<br><br>Howard S. Suh<br>FOX ROTHSCHILD LLP<br>101 Park Avenue, 17th Floor<br>New York, New York 10178<br>HSuh@foxrothschild.com<br><br>Paul W. Kalish<br>FOX ROTHSCHILD LLP<br>Princeton Pike Corporate Center<br>997 Lenox Drive<br>Lawrenceville, New Jersey 08648-2311<br>PKalish@FoxRothschild.com |

Dated: March 15, 2024

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Alexis N. Stombaugh*
Pilar G. Kraman (No. 5199)
Alexis N. Stombaugh (No. 6702)
Colin A. Keith (No. 7074)
Rodney Square

2

1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
astombaugh@ycst.com
ckeith@ycst.com

*Attorneys for Hilti*
*Aktiengesellschaft*