**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| HILTI AKTIENGESELLSCHAFT, | ) | |
| | ) | |
| Plaintiff and | ) | |
| Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1248-CJB |
| | ) | |
| SPECIFIED TECHNOLOGIES INC., | ) | |
| | ) | |
| Defendant and | ) | |
| Counterclaim Plaintiff. | ) | |

**AMENDED JOINT CLAIM CONSTRUCTION CHART**

Pursuant to paragraph 18 of the Amended Scheduling Order (D.I. 88), the parties hereby submit this Amended Joint Claim Construction Chart for the claim terms/phrases in Hilti U.S. Patent Nos. 10,267,036, 10,774,528, 10,610,711, 10,596,399, 10,641,417, 11,137,091 as well as STI U.S. Patent Nos. 9,157,232 and 10,143,868 (collectively, the "Patents-in-Suit"). This Amended Joint Claim Construction Chart should supersede D.I. 97.

Appendix A is a chart identifying: the Parties' agreed constructions, and (1) the disputed terms/phrases; (2) each party's proposed construction of the disputed claim language; and (3) citation(s) to the intrinsic evidence in support of the parties' respective proposed constructions. Additionally, text searchable .PDF copies of the Patents-in-Suit are attached as Appendices B-I.

Discovery in this case is ongoing. Accordingly, in the event one or more of the parties later identifies terms that it believes require claim construction, each party reserves the right to seek construction of such terms and to supplement the intrinsic and extrinsic records.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | FOX ROTHSCHILD LLP |
|---|---|
| */s/ Alexis N. Stombaugh* <br> Pilar G. Kraman (No. 5199) <br> Alexis N. Stombaugh (No. 6702) <br> Colin A. Keith (No. 7074) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> pkraman@ycst.com <br> astombaugh@ycst.com <br><br> *Attorneys for Plaintiff* <br> *Hilti Aktiengesellschaft* | */s/ Austen C. Endersby* <br> Austen C. Endersby (No. 5161) <br> 1201 N. Market Street, Suite 1200 <br> Wilmington, DE 19801 <br> - and - <br> 2020 K Street, Suite 500 <br> Washington, DC 20006 <br> (202) 461-3100 <br> aendersby@foxrothschild.com <br><br> *Attorneys for Defendant* <br> *Specified Technologies Inc.* |

Dated: May 31, 2024